No. 82–5299.   WILEY v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 82–5303.   EDWARDS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 82–5309.   LIPSCOMB v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 82–5310.   JAMES v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 82–5316.   CONLON v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 82–5322.   ATTIA v. INTERNAL REVENUE SERVICE. C. A. 6th Cir.   Certiorari denied.

No. 82–5327.   ADAMS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–1963.   CITRONELLE-MOBILE GATHERING, INC., ET AL. v. UNITED STATES.   Temp. Emerg. Ct. App.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–2231.   MCLEOD v. CHILTON ET AL.   Ct. App. Ariz.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–2015.   CHURCHILL AREA SCHOOL DISTRICT v. HOOTS ET AL.   C. A. 3d Cir.   Motion of Pennsylvania School Boards Association for leave to file a brief as amicus curiae granted.   Certiorari denied.